Jack Silver, Esq. SB#  160575
Email:  lhm28843@sbcglobal.net
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.  707-528-8175

David J. Weinsoff, Esq. SB# 141372
Email: david@weinsofflaw.com
Law Office of David J. Weinsoff
138 Ridgeway Avenue
Fairfax, CA 94930
Tel. (415) 460-9760

Attorneys for Plaintiff
CALIFORNIA RIVER WATCH

**OLIVAREZ MADRUGA, P.C.**
Matthew P. Kelly – SBN 224297
mkelly@omlawyers.com
Joaquin Vazquez – SBN 282528
jvazquez@omlawyers.com
1100 South Flower Street – Suite 2200
Los Angeles, CA 90015
Tel: (213) 744-0099
Fax: (213) 744-093

Attorneys for Defendant
CITY OF INGLEWOOD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH, a 501(c)(3) nonprofit, public benefit Corporation, <br><br> Plaintiff, <br> v. <br><br> CITY OF INGLEWOOD, <br><br> Defendant. <br> _____/ | CASE NO: 2:14-cv-09244-PA(AJWx) <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(ii)]** |

1

IT IS HEREBY STIPULATED by and between plaintiff CALIFORNIA RIVER WATCH and defendant, CITY OF INGLEWOOD, by and through their counsel of record, that this matter may be dismissed with prejudice, each party hereto to bear its own costs and attorney's fees.

DATED: May 22, 2015          OLIVAREZ MADRUGA, P.C.

                             By:   */s/ Matthew P. Kelly*
                                   Matthew P. Kelly
                                   Attorney for Defendant
                                   CITY OF INGLEWOOD

DATED: May 22, 2015          LAW OFFICE OF DAVID J. WEINSOFF

                             By:   */s/ David J. Weinsoff*
                                   David J. Weinsoff
                                   Attorney for Plaintiff
                                   CALIFORNIA RIVER WATCH

In addition to stipulating to the above, I, Jack Silver, attest that concurrence in the filing of this Stipulation has been obtained from each of the signatories to this document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 22nd day of May,  2015.

DATED: May 22, 2015          LAW OFFICE OF JACK SILVER

                             By:   */s/ Jack Silver*
                                   Jack Silver
                                   Attorney for Plaintiff
                                   CALIFORNIA RIVER WATCH

2:14-cv-09244-PA (AJWx)
Stipulation for Dismissal With Prejudice